|   |   |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
|   | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 |   |
|   | Attorneys for Defendant |
| 6 | MARBULK CANADA, INC.; MARBULK |
|   | SHIPPING, INC.; and CSL INTERNATIONAL, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HANSON AGGREGATES MID-PACIFIC, INC., | ) | Case No.:  C-07-3849-JL |
|---|---|---|
|                Plaintiff, | ) | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| v. | ) |   |
| PIONEER, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC. | ) |   |
|                Defendants. | ) |   |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendants Marbulk Canada, Inc., Marbulk Shipping, Inc., and CSL International, Inc., hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated:  September 12, 2007                    COX, WOOTTON, GRIFFIN,
                                                                       HANSEN & POULOS, LLP
                                                                       Attorneys for Defendants


                                                                       By:  _____/S/_____
                                                                              Marc T. Cefalu

CSL.Hanson/2554