| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARBULK CANADA, INC.; MARBULK |
| | SHIPPING, INC.; and CSL INTERNATIONAL, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., | ) | Case No.: C-07-3849-JL |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM BASED UPON THE APPLICABLE STATUTE OF LIMITATIONS** |
| v. | ) | |
| PIONEER, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC. | ) | |
| | ) | Date: October 17, 2007 |
| | ) | Time: 9:30 a.m. |
| | ) | Place: Courtroom F |
| Defendants. | ) | |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 17, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled court, the defendants Marbulk Canada, Inc., Marbulk Shipping, Inc., and CSL International, Inc., will and hereby do move this Court for an Order dismissing the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim based upon the applicable one-year statute of limitations.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Marc T. Cefalu, all pleadings

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554

-1-    Case No. C-07-3849-JL
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A . . .

1 and papers on file in this action, and upon such other matters as may be presented to the
2 Court at the time of the hearing.

3
4
5  Dated:  September 12, 2007                COX, WOOTTON, GRIFFIN,
                                             HANSEN & POULOS, LLP
6                                            Attorneys for Defendant
                                             MARBULK CANADA, INC.; MARBULK
7                                            SHIPPING, INC.; and CSL
                                             INTERNATIONAL, INC.
8
9
                                             By:  _____/S/_____
10                                                  Marc T. Cefalu
11
12
...
28

CSL.Hanson/2554

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601