| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARBULK CANADA, INC.; MARBULK |
| | SHIPPING, INC.; and CSL INTERNATIONAL, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., | Case No.: C-07-3849-JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM BASED UPON THE APPLICABLE STATUE OF LIMITATIONS** |
| v. | |
| PIONEER, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC. | |
| Defendants. | |

The defendants Rule 12(b)(6) for a motion to dismiss plaintiff's complaint for failure to state a claim based upon the applicable statute of limitations came on regularly for hearing before this court on October 17, 2007. Appearance for the parties were as stated on the record.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, the Court finds good cause exists to grant the defendants' motion based in part upon the following:

(1) The loss giving rise occurred on or about July 23-28, 2004;

(2) The plaintiff was placed on notice of the alleged loss and its cause by July 30, 2004;

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554

-1-    Case No. C-07-3849-JL
[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . . .

(3) The parties to this action entered into that certain Contract of Affreightment ("COA") dated August 3, 2001 which incorporates a one-year time for suit clause through the Hague-Visby Rules.

(4) The one-year time bar is applicable to this action.

(5) The Plaintiff filed suit on July 26, 2007, nearly three years after the incident.

(6) The Plaintiff failed to file suit within one year of the cause of action accruing.

**BASED UPON THE ABOVE, IT IS HEREBY ORDERED THAT** the defendants motion to dismiss the plaintiff's Complaint on file herein pursuant to Federal Rule 12(b)(6) for failure to state a claim based upon the applicable statute of limitations is **GRANTED**.

DATED: _____, 2007

_____
The Honorable James Larson
United States Magistrate Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554