1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8
HANSON AGGREGATES MID-PACIFIC,
9   INC.                                         No.  C  07 3849 JL

10              Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A**
                                                 **UNITED STATES MAGISTRATE JUDGE**
11        v.
     PIONEER vessel, et al.
12
13              Defendant(s).
                                            /
14  _____

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: September 27, 2007 _____          _____
                                                       Signature
22
                                                       Counsel for   Plaintiff
23                                                     (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28