## CIVIL MINUTES

**Chief Magistrate Judge James Larson**     Belle Ball - Court Reporter
10:05-10:13 (8 min)

Date: **October 17, 2007**

Case No: **C07-3849 JL**

Case Name: **Hanson Aggregates Mid-Pacific v. Pioneer, In rem, et al**
Plaintiff Attorney(s): Ernest Reddick
Defendant Attorney(s): Marc Cefalu
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Deft's mo to dismiss | Denied |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Pltf to file amended complt w/in 30 days.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial: at , set for days.
   [ ] Jury  [ ] Court


Notes: Motion may be renewed in form of mo for summ judgt.



cc: Venice, Kathleen,