United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10  Hanson Aggregates Mid-Pacific, Inc.,          07-03849 JL

11                    Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE
                                                 WITH COURT ORDER**
12          v.

13  Pioneer,

14                    Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**United States District Court**
**Northern District of California**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: October 18, 2007

9                                        RICHARD W. WIEKING
                                          Clerk
10                                        by:    Timothy J. Smagacz

11                                        *Timothy Smagacz*

12                                        ADR Administrative Assistant
                                          415-522-4205
13                                        Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

Case Name:        Hanson Aggregates Mid-Pacific, Inc. v. Pioneer

Case Number:      07-03849 JL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>       ADR Program
>       United States District Court
>       Norther District of California
>       450 Golden Gate Avenue Floor 16
>       San Francisco, CA 94102

On October 18, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>       Rosalyn Patrece Mitchell
>       Nixon Peabody LLP
>       One Embarcadero Center
>       18th Floor
>       San Francisco, CA 94111
>       rmitchell@nixonpeabody.com

>       Ernest N. Reddick
>       Nixon Peabody LLP
>       One Embarcadero Center
>       18th Floor
>       San Francisco, CA 94111

>       Laura L. Chapman
>       Nixon Peabody LLP
>       Two Embarcadero Center, Suite 2700
>       San Francisco, CA 94111-3996
>       lchapman@nixonpeabody.com

>       Pioneer

Marc T. Cefalu
Cox Wootton Griffin, Hansen & Poulos
190 The Embarcadero
San Francisco, CA 94105
mcefalu@cwghp.com

Richard Craig Wootton
Cox, Wootton, Griffin, Hansen & Poulos
190 The Embarcadero
San Francisco, CA 94105
rwootton@cwghp.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_Timothy Smagacz_
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov