# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HANSON AGGREGATES MID-PACIFIC, INC.

            Plaintiff(s),

     v.

PIONEER, et al.

            Defendant(s).

CASE NO. C-07-3849 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rosalyn P. Mitchell | Plaintiff | (415) 984-8405 | rmitchell@nixonpeabody.com |
| Marc T. Cefalu, Esq. | Defendants | (415) 438-4600 | MCEFALU@CWGHP.COM |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/10/07

                                Attorney for Plaintiff

Dated: 10/10/07

                                Attorney for Defendant

Rev 12.05

*Hanson Aggregates Mid-Pacific, Inc. v. Pioneer, et al.*
**United States District Court, Northern District**
Case No.   C 07 3849 JL

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600.

On October 11, 2007, I served the following document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

___ :  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

___ :  By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___ :  By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

_X_ :  By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**Addressee(s)**

| | |
|---|---|
| Richard C. Wootton, Esq.<br>Marc T. Cefalu, Esq.<br>Cox Wootton Griffin Hansen & Poulos LLP<br>190 The Embarcadero<br>San Francisco, CA  94105 | Attorneys for Defendants Marbulk Canada, Inc., Marbulk Shipping, Inc. and CSL International, Inc.<br><br>Telephone:   (415) 438-4600<br>Facsimile:   (415) 438-4601 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2007, at San Francisco, California.

_____
Cara M. Kim

PROOF OF SERVICE
CASE NO. C 07 03849 JL

10760208.2