United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIONEER vessel, <u>IN REM,</u> its engines, tackle, equipment, furnishings, and machinery, <u>IN PERSONAM</u> MARBULK CANADA INC., MARBULK SHIPPING, INC., CSL INTERNATIONAL INC., <br><br> Defendants. <br> _____ / | No. C 07-3849 JL <br><br> **ORDER DENYING DEFENDANTS' MOTION TO DISMISS (Docket No. 6); PLAINTIFF TO AMEND COMPLAINT** |

Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) is hereby denied. Plaintiff is ordered to file an amended complaint within 30 days from the date of this Order.

IT IS SO ORDERED.

DATED: October 23, 2007

_____
JAMES LARSON
Chief Magistrate Judge