Ernest N. Reddick (State Bar No. 048522)
ereddick@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Plaintiff
HANSON AGGREGATES MID-PACIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PIONEER vessel, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA INC., MARBULK SHIPPING, INC., CSL INTERNATIONAL INC.,<br><br>                    Defendants. | Case No. C-07-3849-JL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF HANSON AGGREGATES MID-PACIFIC, INC.'S MOTION TO STRIKE DEFENDANTS' SIXTH, ELEVENTH, AND SIXTEENTH AFFIRMATIVE DEFENSES AS TO CSL**<br><br>**[FRCP Rule 12(f)]**<br><br>Date:      February 13, 2008<br>Time:      9:30 a.m.<br>Location:  450 Golden Gate Avenue<br>           Courtroom F, 15th Floor<br>           San Francisco, CA  94102<br>Judge:     Honorable James Larson<br><br>Complaint Filed:   July 26, 2007 |

1  The motion of Plaintiff HANSON AGGREGATES MID-PACIFIC, INC. to strike
2  Defendants' Sixth, Eleventh and Sixteenth Affirmative Defenses relating to limitation of liability
3  came on regularly for hearing before this Court on February 13,2008, with counsel for the parties
4  appearing.
5  After considering the moving and opposition papers, oral arguments of counsel and all other
6  matters presented to the Court,
7  IT IS HEREBY ORDERED THAT
8  Plaintiff's motion to strike is GRANTED.
9  DATED : _____

_____
HONORABLE JAMES LARSON
Chief Magistrate Judge

## PROOF OF SERVICE

*Hanson Aggregates Mid-Pacific, Inc. v. Pioneer, et al.*
**United States District Court, Northern District**
**Case No.   C 07 3849 JL**

  I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600.

  On **January 3, 2008**, I served the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFF HANSON AGGREGATES MID-PACIFIC, INC.'S MOTION TO STRIKE DEFENDANTS' SIXTH, ELEVENTH, AND SIXTEENTH AFFIRMATIVE DEFENSES AS TO CSL**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

X: By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

___: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

___: By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

### Addressee(s)

| | |
|---|---|
| Richard C. Wootton, Esq.<br>Marc T. Cefalu, Esq.<br>Cox Wootton Griffin Hansen & Poulos LLP<br>190 The Embarcadero<br>San Francisco, CA  94105 | Attorneys for Defendants Marbulk Canada, Inc., Marbulk Shipping, Inc. and CSL International, Inc.<br><br>Telephone:   (415) 438-4600<br>Facsimile:    (415) 438-4601 |

  I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2008, at San Francisco, California.

                 /s/ Kim Love
                 _____
                 Kim Love