# CIVIL MINUTES

**Chief Magistrate Judge James Larson**     FTR:10:46-10:50 (4 min)

Date: **January 9, 2008**

Case No: **C07-3849 JL**

Case Name: **Hanson Aggregates Mid-Pacific v. Pioneer, In rem, et al**
Plaintiff  Attorney(s): Rosayln Mitchell
Defendant Attorney(s):Marc Cefalu
Deputy Clerk:  **Wings Hom**

 **Motions**                                                                    **RULING:**
1.
2.
3.
4.
5.
6.

[ X]Case Management Conference - held [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 2-13-08 @ 9:30 a.m. for hrg mos and fur CMC

**PRETRIAL SCHEDULE: Court adopted counsels' proposed schedule**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes:



cc: Venice, Kathleen,