Ernest N. Reddick (State Bar No. 048522)
ereddick@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
HANSON AGGREGATES MID-PACIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PIONEER vessel, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA INC., MARBULK SHIPPING, INC., CSL INTERNATIONAL INC.,<br><br>                    Defendants. | Case No. C-07-3849-JL<br><br>**DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT OF PLAINTIFF HANSON AGGREGATES MID-PACIFIC, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE**<br><br>**[FRCP Rule 12(f)]**<br><br>Date:     February 13, 2008<br>Time:    9:30 a.m.<br>Location: 450 Golden Gate Avenue<br>             Courtroom F, 15th Floor<br>             San Francisco, CA 94102<br>Judge:   Honorable James Larson<br><br>Complaint Filed:  July 26, 2007 |

I ROSALYN P. MITCHELL, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and am an attorney at Nixon Peabody LLP, attorneys of record for Plaintiff HANSON AGGREGATES MID-PACIFIC, INC. I have personal knowledge of the facts set forth in this declaration.

**DECLARATION IN SUPPORT OF PLAINTIFF'S REPLY BRIEF RE MOTION TO STRIKE**
CASE NO. C 07 3849 JL

10891161.1

1    2.    Attached hereto as Exhibit A is a true and correct copy of Defendant MARBULK
2 CANADA, INC., MARBULK SHIPPING, INC., and CSL INTERNATIONAL, INC.'s Initial
3 Disclosures, and the email attached thereto as Tab 18.
4    I declare under penalty of perjury of the laws of the State of California that the foregoing is
5 true and correct. Executed this 30th day of January, 2008 at San Francisco, California.

                                        /s/ Rosalyn P. Mitchell

                                        ROSALYN P. MITCHELL

# PROOF OF SERVICE

*Hanson Aggregates Mid-Pacific, Inc. v. Pioneer, et al.*
**United States District Court, Northern District**
**Case No.   C 07 3849 JL**

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600.

On **January 30, 2008**, I served the following document(s):

**DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT OF PLAINTIFF HANSON AGGREGATES MID-PACIFIC, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE - [FRCP Rule 12(f)]**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

X:    By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, CA, for mailing to the office of the addressee following ordinary business practices.

___:    By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___:    By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, CA, to be hand delivered to the office of the addressee on the next business day.

___:    By Facsimile — From facsimile number 415-984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**Addressee(s)**

| | |
|---|---|
| Richard C. Wootton, Esq.<br>Marc T. Cefalu, Esq.<br>Cox Wootton Griffin Hansen & Poulos LLP<br>190 The Embarcadero<br>San Francisco, CA  94105 | Attorneys for Defendants Marbulk Canada, Inc., Marbulk Shipping, Inc. and CSL International, Inc.<br><br>Telephone:    (415) 438-4600<br>Facsimile:    (415) 438-4601 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2008, at San Francisco, California.

/s/ Kim Love
_____
Kim Love

**PROOF OF SERVICE**                                                                                            10891161.1