<u>CIVIL MINUTES</u>

**Chief Magistrate Judge James Larson**     Joan Columbini- Court Reporter
9:30-9:46 (16 min )

Date: **February 13, 2008**

Case No: **C07-3849 JL**

Case Name: **Hanson Aggregates Mid-Pacific v. Pioneer, In rem, et al**
Plaintiff  Attorney(s): Rosayln Mitchell; Ernest Reddick
Defendant Attorney(s):Marc Cefalu
Deputy Clerk:  **Wings Hom**

| <u>Motions</u> | **RULING:** |
|---|---|
| 1. Pltf's mo to strike 6th, 11th 7 16th affirmative defenses as to CSL | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes: Deft given1 week to respond to case cited y pltf.



cc: Venice, Kathleen,