Ernest N. Reddick (State Bar No. 048522)
ereddick@nixonpeabody.com
Laura L. Chapman (State Bar No. 167249)
lchapman@nixonpeabody.com
David A. Kolek (State Bar No. 245330)
dkolek@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Plaintiff
HANSON AGGREGATES MID-PACIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER vessel, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA INC., MARBULK SHIPPING, INC., CSL INTERNATIONAL, INC.,<br><br>Defendants. | Case No. C-07-3849-JL<br><br>**NOTICE OF TAKING ROSALYN P. MITCHELL OFF SERVICE LIST AND ADDING LAURA L. CHAPMAN TO SERVICE LIST** |

NOTICE OF TAKING ROSALYN P. MITCHELL OF F SERVICE LIST AND ADDING LAURA L. CHAPMAN TO SERVICE LIST
CASE NO. C 07-3849-JL

11110900.1

-2-

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Rosalyn P. Mitchell is no longer works at NIXON

3  PEABODY LLC and no longer works on this case and thus should be taken off the service list.

4  Laura L. Chapman has replaced Rosalyn P. Mitchell.  Thus, please add Laura L. Chapman to the

5  service list for this case.

6  DATED: August 7, 2008                    Respectfully submitted,

7                                            NIXON PEABODY LLP

8

9                                            By:    /s/ David A. Kolek
10                                                David A. Kolek
                                                  Attorneys for Plaintiff
11                                                HANSON AGGREGATES MID-PACIFIC,
                                                  INC.
12

-2-

NOTICE OF TAKING ROSALYN P. MITCHELL OF F SERVICE
LIST AND ADDING LAURA L. CHAPMAN TO SERVICE LIST
Case No. C 07-3849-JL

11110900.1