1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANSON AGGREGATES

    Plaintiff(s),

  v.

PIONEER VESSEL

    Defendant(s).
_____/

No. 07-03849 JL

NOTICE AND ORDER
SETTING HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for further case management on November 12 ,2008 at10 9:30 a.m., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson. Counsel shall submit an updated case management statement one week prior.

Dated: August 29, 2008

*Wings Hom*
_____
Wings Hom, Courtroom Deputy to Chief
Magistrate Judge James Larson