**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
MARBULK CANADA, INC.; MARBULK
SHIPPING, INC.; and CSL INTERNATIONAL,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIONEER, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC. <br><br> Defendants. | Case No.: C-07-3849-JL <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT AND EXPERT DISCOVERY CUT-OFF IN LIGHT OF THE CURRENTLY SCHEDULED SETTLEMENT CONFERENCE DATE OF FEBRUARY 10, 2010** |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action by and through their respective counsel that ***good cause*** exists to continue the Fact Discovery Cut-off as to plaintiff Hanson Aggregates Mid-Pacific, Inc., by two weeks as well as the deadline to exchange expert reports and complete Expert Discovery by approximately 60 days ***in the interests of justice and judicial economy*** based in part upon the following:

(1)   This action arises as the result of the Plaintiff's claim that certain cargo [sand] shipped aboard the *M/V Pioneer* from Sechelt, British Columbia, Canada to Plaintiff [or Plaintiff's customer] in Redwood City, California was contaminated during the voyage.  The Plaintiff

CSL.Hanson/2554

-1-   Case No. C-07-3849-JL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FACT AND EXPERT DISCOVERY CUT-OFF . . .

contends that it first learned of the alleged contamination on July 30, 2004 and that the defendants are responsible for its alleged resulting damages. The defendants deny they are responsible for the damages;

(2) *No trial date has been set*;

(3) On October 21, 2009, counsel for the parties attended a Case Management Conference during which certain Pre-trial deadlines were set by the Court, including a deadline to disclose expert witnesses and reports of December 18, 2009, and a deadline to compete fact and expert discovery by January 25, 2009;

(4) At that same Case Management Conference, the parties requested that the matter be referred to a Settlement Conference before a U.S. Magistrate Judge. *A Mandatory Settlement Conference was subsequently scheduled by Magistrate Laporte to take place on February 10, 2010 (apparently the first available date)*.

(5) The parties have now exchanged extensive written discovery but wish to avoid the potential unnecessary cost and legal expense which would be associated with their disclosing experts and reports, as well as completeing expert discovery before the upcoming Mandatory Settlement Conference scheduled for February 10, 2010. All of that expense will be avoided should the parties reach a settlement at the upcoming Settlement Conference. *Counsel for the parties further believe that if the case were not to settle at the upcoming Settlement Conference, that they could complete expert discovery, including disclosing expert reports and deposing experts, within approximately 30 days of completion of the Settlement Conference on February 10, 2010;*

(6) Counsel for the parties therefore request that the deadline to exchange written expert reports be extended from December 18, 2009 to

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554

-2-   Case No. C-07-3849-JL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FACT AND EXPERT DISCOVERY CUT-OFF . . .

1    February 24, 2010, to avoid any unnecessary legal expense should the
2    matter settle at the Settlement Conference.  Counsel for the parties
3    further request that the deadline to complete expert discovery
4    (depositions) be continued from January 25, 2009 to March 12, 2010;

5    (7)    Finally, the parties also agree that the deadline for plaintiff Hanson
6    Aggregates Mid-Pacific, Inc., to complete fact discovery shall be
7    continued from January 25, 2010 to February 8, 2010;

8    (8)    Based upon the above, counsel for the parties submit that **good cause**
9    exists in the interest of justice and judicial economy to grant the
10   request.

## CONCLUSION

Based upon the above, the parties respectfully request that the Court adopt the schedule outlined below:

Expert Discovery Cut-off:                          March 12, 2010

Simultaneous exchange of expert reports:           February 24, 2010

Fact Discovery Cut-off as to plaintiff only:       February 8, 2010

All other deadlines to remain as previously ordered.

Respectfully Submitted,

Dated: December 17, 2009          NIXON PEABODY LLP
                                  Attorneys for Plaintiff
                                  HANSON AGGREGATES MID-PACIFIC, INC.

                                  By:  ____/S/ David Kolek_____
                                       David Kolek

Dated: December 17, 2009          COX, WOOTTON, GRIFFIN,
                                  HANSEN & POULOS, LLP
                                  Attorneys for Defendants
                                  MARBULK CANADA, INC.; MARBULK
                                  SHIPPING, INC.; and CSL
                                  INTERNATIONAL, INC.

                                  By:  ___/S/ Marc T. Cefalu_____
                                       Marc T. Cefalu

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554

-3-                                                      Case No. C-07-3849-JL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FACT AND EXPERT DISCOVERY CUT-OFF . . .

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the following schedule is adopted by the Court:

      Expert Discovery Cut-off:                    March 12, 2010

      Simultaneous exchange of expert reports:    February 24, 2010

      Fact Discovery Cut-off as to plaintiff only:   February 8, 2010

      All other deadlines to remain as previously ordered.

**IT IS SO ORDERED.**

Date: December 21, 2009, 2009      By: _____
                                                          Magistrate James Larson
                                                          ~~Chief~~ Magistrate Judge
                                                          United States District Court

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554