| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
|   | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | MARBULK CANADA, INC.; MARBULK |
|   | SHIPPING, INC.; and CSL INTERNATIONAL, |
| 7 | INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., | Case No.: C-07-3849-JL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 17, 2010 BY APPROXIMATELY 30 DAYS IN LIGHT OF THE PARTIES RECENT SETTLEMENT** |
| v. | |
| PIONEER, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC. | |
| Defendants. | |

(Note: "[PROPOSED]" is struck through.)

### STIPULATION

IT IS HEREBY STIPULATED by the parties to this action by and through their respective counsel that *good cause* exists to continue the Case Management Conference scheduled for February 17, 2010 at 10:30 a.m., by approximately 30 days to March 24, 2010 at 10:30 a.m., i*n light of the fact that the parties reached a settlement at the Settlement Conference which took place on February 10, 2010*. The parties placed the terms of the settlement on the record before Magistrate Laporte but are in the process of finalizing the settlement documentation.

///

///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554

-1- Case No. C-07-3849-JL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE . . .

1 Based upon the above, the parties request that the Case Management Conference scheduled for February 17, 2010, be continued approximately 30 days to March 24, 2010, at 10:30 a.m., to allow counsel for the parties to finalize the settlement documentation.

Respectfully Submitted,

Dated: February 16, 2010

NIXON PEABODY LLP
Attorneys for Plaintiff
HANSON AGGREGATES MID-PACIFIC, INC.

By: \_\_\_\_\_/S/ David Kolek_____
      David Kolek

Dated: February 16, 2010

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants
MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC.

By: \_\_\_/S/ Marc T. Cefalu_____
      Marc T. Cefalu

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the Case Management Conference Scheduled for February 17, 2010 is continued to March 24, 2010 at 10:30 a.m.

**IT IS SO ORDERED.**

Date: February 16, 2010     By: *[signature]*
                                              Magistrate James Larson
                                              United States District Court

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CSL.Hanson/2554