1  Ernest N. Reddick (State Bar No. 048522)
   ereddick@nixonpeabody.com
2  Donald E. Dorfman (State Bar No. 063725)
   ddorfman@nixonpeabody.com
3  David A. Kolek (State Bar No. 245330)
   dkolek@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, CA 94111-3600
   Telephone:  (415) 984-8200
6  Facsimile:   (415) 984-8300

7  Attorneys for Plaintiff
   HANSON AGGREGATES MID-PACIFIC, INC.

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON AGGREGATES MID-PACIFIC, INC., | Case No. 07 03849 JL |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | FRCP 41(a)(1) |
| PIONEER vessel, IN REM, its engines, tackle, equipment, furnishings and machinery, IN PERSONAM MARBULK CANADA INC., MARBULK SHIPPING, INC., CSL INTERNATIONAL INC., | |
| Defendants. | |

WHEREAS, the parties to this action have agreed to a settlement of all claims;

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
CASE NO.07 03849 JL

-1-

12730700.4

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that this action be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs and attorneys fees.

Dated:  March 17, 2010

NIXON PEABODY LLP
Attorneys for Plaintiff
HANSON AGGREGATES MID-PACIFIC, INC.

By:   /S/ David A. Kolek_____
      David A. Kolek

Dated: March 17, 2010

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants
MARBULK CANADA, INC.; MARBULK SHIPPING, INC.; and CSL INTERNATIONAL, INC.

By:   /S/ Marc T. Cefalu_____
      Marc T. Cefalu